IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUNTER KITCHEN & BATH, LLC<br>AND CHADWICK HUNTER | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 19-5979 |
| R.D. HENRY & COMPANY, LLC<br>*f/k/a* CUSTOM CUPBOARDS, INC. | : <br> : | |

## O R D E R

**AND NOW**, this  3rd  day of  March , 2020, upon consideration of Defendant's Motion to Dismiss (ECF No. 3), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**